No. 827, Misc. TAYLOR *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 828, Misc. PARLER *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 829, Misc. GILMER *v.* SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 833, Misc. WILSON *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 837, Misc. THOMAS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 839, Misc. WATSON *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 840, Misc. BARKAN *v.* FEDERAL DISTRICT COURT, SOUTHERN DIVISION OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondents.

No. 845, Misc. BEAR *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 851, Misc. VASQUEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.